

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2021

No. 04-21-00190-CV

**IN RE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. NGW43482016'S AND THOMAS J. BROWNFIELD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI16323
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Relators' petition for writ of mandamus and motion for emergency relief are DENIED. An opinion will be forthcoming.

It is so **ORDERED** on this 14th day of May, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court